# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | COURT NO.: 2:11-CV-02659-dkv |
| ) | |
| DEBBIE DANELZ, ) | |
| ) | |
| DEFENDANT. ) | |

## RELEASE OF JUDGMENT

The Judgment in the above-entitled case having been released due to death of defendant, the Clerk of the United States District Court for the Western District of Tennessee is hereby authorized and empowered to satisfy and cancel said judgment of record.

                               EDWARD L. STANTON, III
                               United States Attorney


                   BY:    s/Barbara M. Zoccola
                             Barbara M. Zoccola
                             Assistant United States Attorney
                             200 Jefferson, Suite 811
                             Memphis, TN 38103
                             Telephone No.: (901) 544-4010
                             Facsimile No.: (901) 544-4303


DATED:   July 09, 2012

JUDGMENT DATED:   Ocotber 19, 2011

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment via the Court's electronic filing system this the 9th day of July, 2012.

                                              s/Barbara M. Zoccola
                                              Barbara M. Zoccola
                                              Assistant United States Attorney